UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SARMIENTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEALY, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01990-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 174 |

Pursuant to the Order Denying Plaintiffs' Motion for Partial Summary Judgment, Granting Defendants' Motion for Summary Judgment, and Denying Defendants' Motion to Compel a Trial Plan as Moot signed August 26, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Thursday, August 26, 2021

Susan Y. Soong
Clerk, United States District Court



Susan Y. Soong
By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR